## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **ERIC SALAIZ,**<br>    **Plaintiff,** | §<br>§<br>§ | |
| **v.** | §<br>§ | **EP-23-CV-2-DB** |
| **AMERICAN 1ST PARTNERS, INC, a**<br>**California Corporation,**<br>    **Defendant.** | §<br>§<br>§<br>§ | |

### FINAL JUDGMENT

On this day this Court entered an order dismissing all claims in the above-captioned case.   The Court now enters this Final Judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**.

SIGNED this _10_ day of **May 2023**.

_____
THE HONORABLE DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE